UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 09-2214-CAS (AGR) | Date | February 17, 2010 |
|---|---|---|---|
| Title | Devron Neshelle Watkins v. Ofo-ob, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   In Chambers: **ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT**

Plaintiff filed a first amended civil rights complaint ("FAC") on December 22, 2009. On December 29, 2009, the Court ordered Plaintiff to begin the process of serving Defendants Ofo-ob and Duran. (Dkt. No. 8.) The Court provided Plaintiff with two USM-285 forms to complete, one for each defendant. (*Id.*) The Court also provided Plaintiff with a Notice of Submission. (*Id.*) The Court ordered Plaintiff to submit a completed summons, the completed USM-285 forms, and the FAC to the U.S. Marshal for service. (*Id.*) The Court ordered Plaintiff to file with the Court a completed Notice of Submission indicating he had submitted the required papers to the Marshal. (*Id.*)

On January 21, 2010, Plaintiff filed the Notice of Submission, dated January 16, 2010, and signed by Plaintiff. However, Plaintiff did not complete any of the required parts of the Notice. In addition, the Marshal has received no paperwork from Plaintiff.

Accordingly, IT IS HEREBY ORDERED that, **on or before March 5, 2010,** Plaintiff must show cause why this action should not be dismissed for failure to prosecute and/or failure to comply with the Court's December 29 order.

Plaintiff may also discharge the order to show cause by:

1. Completing the USM-285 forms appropriately.

2. Sending the USM-285 forms, the completed summons, and the FAC to the Marshal for service.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 09-2214-CAS (AGR) | Date | February 17, 2010 |
|---|---|---|---|
| Title | Devron Neshelle Watkins v. Ofo-ob, et al. | | |

      3.  Filing a properly completed Notice of Submission with the Court **on or before March 5, 2010**, indicating that Plaintiff has completed Steps 1 and 2 above.  The Clerk is DIRECTED to provide Plaintiff with another Notice of Submission and additional USM-285 forms.

cc: Parties

Initials of Preparer   mp