# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEVRON NESHELLE WATKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALPHA-OFO-OB, et al.,<br><br>    Defendant(s). | No. EDCV 09-2214-CAS (AGR)<br><br>**JUDGMENT** |

    Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that Plaintiff's First Amended Complaint is dismissed without prejudice.

DATED: 6/8/10

                             CHRISTINA A. SNYDER
                          UNITED STATES DISTRICT JUDGE